ACCEPTED
03-15-00186-CV
8141772
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 3:06:36 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00186-CV

<table>
<tr><td>

In the Court of Appeals
for the Third Judicial District
Austin, Texas

</td><td>

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/8/2015 3:06:36 PM
JEFFREY D. KYLE
Clerk

</td></tr>
</table>

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas,**
Appellants,

**v.**

**Statewide Materials Transport, Ltd.,**
Appellee.

On Appeal from the 250th Judicial District Court
Travis County, Texas

## Appellants' Unopposed Motion to Abate Appeal Pending Settlement

To the Honorable Third Court of Appeals:

This case has settled in principle. The parties are currently working on the final language of the settlement. Accordingly, Appellants request that this appeal and all deadlines be abated for sixty days in anticipation of dismissing the appeal before the end of the sixty-day period.

Wherefore, Appellants request that this motion be granted, and that this appeal be abated until February 8, 2016.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

SCOTT KELLER
Solicitor General

DOUGLAS D. GEYSER
Assistant Solicitor General

*/s/Charles K. Eldred*
CHARLES K. ELDRED
Assistant Attorney General, Tax Division
State Bar No. 00793681
P.O. Box 12548
Austin, Texas 78711-2548
512-475-1743
512-478-4013 (fax)
charles.eldred@texasattorneygeneral.gov

*Attorneys for Appellants*

## CERTIFICATE OF CONFERENCE

I conferred with Amanda Taylor, counsel for Appellee, and she is unopposed to this motion to abate.

*/s/Charles K. Eldred*
Charles K. Eldred

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served on December 8, 2015, on Amanda Taylor, counsel for Appellee, at ataylor@textaxlaw.com.

*/s/Charles K. Eldred*
Charles K. Eldred